## Dr. G. E. Sandstedt, Appellee, v. Consumers Ice Company, Appellant.

**Gen. No. 43,704.**

opinion filed January 8, 1947; released for publication
January 28, 1947. Wilson & McIlvaine, for appellant; J. F. Dammann
and Sidney K. Jackson, of counsel; Leo M. Tarpey and Wm. A. Fullen-
kamp, for appellee. Opinion by JUSTICE BURKE. **Not to be published
in full.**